618

■ Argued September 20, 1983. William T. Cannon, appellant; Marianne E. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Affirmed.

468 A.2d 854

Commonwealth v. Santos, Appellant.

Submitted October 4, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

468 A.2d 854

Commonwealth v. Santos, Appellant.

Submitted September 21, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Jurisdiction relinquished, and the judgment of sentence of the lower court is affirmed.

468 A.2d 855

Commonwealth v. Stago, Appellant.
Petition for Allowance of Appeal
Denied March 7, 1984.

Submitted September 23, 1983. James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

The February 25, 1982 order is vacated; the September 19, 1978 judgment of sentence is reinstated; and the case is remanded for a new PCHA hearing.

468 A.2d 855

Commonwealth v. Thomas, Appellant.

Submitted October 11, 1983. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.